# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **MARCHESU MINOR** | : | |
| *Plaintiff* | : | |
| | : | |
| v. | : | CIVIL ACTION NO. 20-CV-4151 |
| | : | |
| **UNITED STATES POLICE** | : | |
| *Defendant* | : | |

# O R D E R

**AND NOW**, this 15th day of October, 2020, upon consideration of Marchesu Minor's *motion to proceed in forma pauperis* (ECF No. 4), and *pro se* Complaint (ECF No. 1), it is hereby **ORDERED** that:

1. Leave to proceed *in forma pauperis* is **GRANTED** pursuant to 28 U.S.C. § 1915.

2. The Complaint is **DEEMED** filed.

3. Minor's Complaint is **DISMISSED**, **with prejudice**, for lack of standing for the reasons stated in the Court's Memorandum. Any claims raised on Minor's own behalf are **DISMISSED**, **with prejudice,** for failure to state a claim.

4. The Clerk of Court shall **CLOSE** this case.

**BY THE COURT:**

/s/ *Nitza I. Quiñones Alejandro*
**NITZA I. QUIÑONES ALEJANDRO**
*Judge, United States District Court*